PROB 12C
(7/93)

Report Date: July 8, 2015

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Margarito Rodriguez-Peralta          Case Number: 0980 2:09CR06065-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 15, 2010

| | |
|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2) |
| Original Sentence: | Prison 51 months; TSR - 36 months |
| Asst. U.S. Attorney: | TBD |
| Defense Attorney: | TBD |

| | |
|---|---|
| Type of Supervision: Probation | |
| Date Supervision Commenced: 07/03/2013 | |
| Date Supervision Expires: 07/02/2016 | |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

  1         **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

            **Supporting Evidence**: Mr. Rodriguez-Peralta was deported from the United States on July 11, 2013. The United States Probation Office received information on July 8, 2015, indicating Mr. Rodriguez-Peralta was arrested on July 7, 2015, in Pasco, Washington, and booked into the Franklin County Jail on new charges.  Mr. Rodriguez-Peralta has failed to contact the United States Probation Office since he has reentered the United States, in violation of Special Condition 14 of his judgment.

  2         **Mandatory Condition #1**: The defendant shall not commit another federal, state or local crime.

            **Supporting Evidence:** Mr. Rodriguez-Peralta was arrested on July 7, 2015 for the following charges: Resisting Arrest, Unlawful Trespass 1ˢᵗ Degree, Failing to Stop and Give Information, and No Valid Operator's License. The Pasco Municipal Court case numbers for these charges are 5Z0791410 and 5Z0791303. The Franklin County Jail was contacted

Case 2:09-cr-06065-EFS   Document 59   Filed 07/08/15

Prob12C
**Re: Rodriguez-Peralta, Margarito**
**July 8, 2015**
**Page 2**

and confirmed Mr. Rodriguez-Peralta was booked and released at 3 a.m. on July 8, 2015, after posting bond. He provided the Franklin County Jail with an address of 1815 W. Jay St., Pasco, Washington.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/08/2015

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

July 8, 2015
Date